1

2

3

4

5

6

7        **UNITED STATES DISTRICT COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA**

9        **WESTERN DIVISION**

10

11   RICARDO RUIZ,                          )        No.  CV 07-478-ODW (AGR)
                                            )
12                    Petitioner,           )
                                            )        **JUDGMENT**
13        v.                                )
                                            )
14   RICHARD KIRKLAND,                      )
                                            )
15                    Respondent.           )
                                            )
16   _____ )

17        Pursuant to the order adopting the magistrate judge's report and

18   recommendation,

19        IT IS ADJUDGED that the petition in this matter is denied and dismissed with

20   prejudice.

21

22

23   DATED:  March 22, 2010        _____
                                            OTIS D. WRIGHT II
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28